No. 02–5917.   KAHVEDZIC *v.* REPUBLIC OF CROATIA ET AL., *ante*, p. 966.   Motion of petitioner to defer consideration of peti-

tion for rehearing denied. Petition for rehearing denied. JUSTICE SCALIA took no part in the consideration or decision of this motion and this petition.